# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  RHONDA Y. ROBINSON  
       4114 LISA DRIVE  
       ROCKFORD, IL  61114

SSN-xxx-xx-8954

Case Number: 04-75102

Case filed on: 10/12/2004  
Plan Confirmed on: 3/18/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $34,223.13

Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 999 | RHONDA Y. ROBINSON | 0.00 | 0.00 | 1,281.36 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 1,281.36 | 0.00 |
| 001 | JIMMY & CONNIE CRUZ | 9,697.79 | 0.00 | 0.00 | 0.00 |
| 002 | NATIONAL CITY HOME LOAN SERVICES | 23,960.84 | 6,435.43 | 6,435.43 | 0.00 |
| 028 | JIMMY & CONNIE CRUZ | 2,889.04 | 2,889.04 | 2,889.04 | 0.00 |
|  | Total Secured | 36,547.67 | 9,324.47 | 9,324.47 | 0.00 |
| 003 | AMERICASH LOAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | AT&T CREDIT MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CASH ASAP | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CHECK INTO CASH | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | DIAL ADJUSTMENT BUREAU | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ER SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | FIRST CONSUMER NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | FIRST FEDERAL SAVINGS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | NATIONAL CAPITAL MANAGEMENT LLC | 1,759.68 | 1,759.68 | 1,759.68 | 0.00 |
| 012 | ILLINOIS STUDENT ASSISTANCE COMM | 4,912.87 | 4,912.87 | 4,912.87 | 0.00 |
| 013 | ILLINOIS TITLE LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | K-MART RECOVERY SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | NATIONAL LOUIS UNIVERSITY | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | PEDIATRIC ASSOCIATES OF ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | RECOVERY MANAGEMENT SERVICES | 4,239.45 | 4,239.45 | 4,239.45 | 0.00 |
| 019 | ROCKFORD HEALTH SYSTEMS/ | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | ROCKFORD MERCANTILE AGENCY INC | 1,233.95 | 1,233.95 | 1,233.95 | 0.00 |
| 021 | SALVATORE A. SCIORTINO, DDS | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | SWEDISH AMERICAN MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | WINNEBAGO COUNTY SCHOOLS C.U. | 5,849.06 | 5,849.06 | 5,849.06 | 620.34 |
| 025 | PAULETTE GREER | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | NATIONAL CAPITAL MANAGEMENT LLC | 314.57 | 314.57 | 314.57 | 0.00 |
| 027 | B-LINE LLC | 1,066.75 | 1,066.75 | 1,066.75 | 0.00 |
| 029 | MUTUAL MANAGEMENT SERVICES | 43.75 | 43.75 | 43.75 | 0.00 |
| 030 | WALMART STORES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | MUTUAL MANAGEMENT SERVICES | 13.34 | 13.34 | 13.34 | 0.00 |
|  | Total Unsecured | 19,433.42 | 19,433.42 | 19,433.42 | 620.34 |
|  | Grand Total: | 57,345.09 | 30,121.89 | 31,403.25 | 620.34 |

Total Paid Claimant:   $32,023.59  
Trustee Allowance:   $2,199.54  
Percent Paid Unsecured:   100.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/28/2008                By  /s/Heather M. Fagan